UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   CHRISTINA LEIGH DAVIS                    CASE NO. 20-10841
   405 REDWOOD CT                          JUDGE BENJAMIN A. KAHN
   MEBANE, NC  27302

      DEBTOR

SSN(1) XXX-XX-8634                          DATE: 06/03/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCELERATED INVENTORY MGT LLC<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $12,256.11<br>INT:  .00%<br>NAME ID: 181130<br>CLAIM #:  0031 | (U) UNSECURED<br><br>ACCT: 1863<br>COMMENT: WEBBANK |
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID: 1735<br>CLAIM #:  0029 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID: 2794<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ATLAS ACQUISITIONS LLC OBO<br>UHG I LLC<br>6400 SHERIDAN DR STE 138<br>WILLIAMSVILLE, NY  14221 | $3,842.00<br>INT:  .00%<br>NAME ID: 184194<br>CLAIM #:  0023 | (U) UNSECURED<br><br>ACCT: 4838<br>COMMENT: LENDING CLUB |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $4,746.74<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 4974<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDITORS COLLECTION SERVICE<br>4530 OLD CAVE SPRING RD NW<br>ROANOKE, VA  24018 | $0.00<br>INT:  .00%<br>NAME ID: 183685<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDITORS COLLECTION SERVICE<br>4530 OLD CAVE SPRING RD NW<br>ROANOKE, VA  24018 | $0.00<br>INT:  .00%<br>NAME ID: 183685<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $4,137.24<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 6941<br>COMMENT: |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC  27713 | $6,839.84<br>INT: .00%<br>NAME ID: 115926<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 8634<br>COMMENT: |
| FA-LENDING USA<br>P O BOX 503430<br>SAN DIEGO, CA  92128 | $0.00<br>INT: .00%<br>NAME ID: 183687<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br>AMENDED<br>ACCT: 18TX<br>COMMENT: OC,421A,1120A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $6,872.66<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0028 | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT:  421A,120A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $8,194.80<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 7525<br>COMMENT:  LENDING CLUB |
| KOHLS<br>P O BOX 141509<br>IRVING, TX  75014 | $558.34<br>INT: .00%<br>NAME ID: 184186<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 5472<br>COMMENT: |
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | MONTHLY PMT  $1,541.32<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 5600<br>COMMENT:  DT RERP,CTD  EF FEB21,421TFCL |
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | $3,082.64<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 5600<br>COMMENT:  ARR DEC20 THRU JAN21,421TFCL |
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | $1,960.07<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 5600<br>COMMENT:  ARR THRU NOV20,421TFCL |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $561.12<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 5265<br>COMMENT: LANE BRYANT |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $790.67<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 3265<br>COMMENT: OVERSTOCK |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10841

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $811.01<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 4331<br>COMMENT:  CREDIT ONE BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $227.04<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (U) UNSECURED<br><br>ACCT: 15TX<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $344.84<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0030 | | (U) UNSECURED<br><br>ACCT: 4669<br>COMMENT: AEO |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,052.25<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 9189<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $499.19<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0021 | | (U) UNSECURED<br><br>ACCT: 0908<br>COMMENT: |
| QUANTUM3 GROUP AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,566.98<br>INT: .00%<br>NAME ID: 183770<br>CLAIM #: 0026 | | (U) UNSECURED<br><br>ACCT: 8530<br>COMMENT:  SYNCHRONY BANK |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA TRUST LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $423.37<br>INT: .00%<br>NAME ID: 184065<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 9029<br>COMMENT:  VICTORIA'S SECRET |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA TRUST LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $508.57<br>INT: .00%<br>NAME ID: 184065<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 1163<br>COMMENT:  ULTAMC |
| SOCIAL SECURITY ADMINISTRATION<br>6401 SECURITY BLVD<br>BALTIMORE, MD  21235 | $0.00<br>INT: .00%<br>NAME ID: 19981<br>CLAIM #: 0025 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TD BANK USA NA<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $2,371.37<br>INT: .00%<br>NAME ID: 141078<br>CLAIM #: 0027 | | (U) UNSECURED<br><br>ACCT: 9187<br>COMMENT: |
| THE HOMEOWNERS ASSOC OF MILL<br>CREEK<br>% ELITE MANAGEMENT<br>P O BOX 97454<br>RALEIGH, NC  27624 | $0.00<br>INT: .00%<br>NAME ID: 183689<br>CLAIM #: 0007 | | (X) SPECIAL-UNSECURED<br>DIRECT PAY<br>ACCT: 2833<br>COMMENT: OC |
| **TOTAL:** | **$63,240.17** | | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | | ATTORNEY FEE |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10841

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/03/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice